NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1024

DIAMOND SAWBLADES MANUFACTURERS' COALITION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

SAINT-GOBAIN ABRASIVES, INC.,

Defendant-Appellant,

and

HEBEI JIKAI INDUSTRIAL GROUP CO., LTD. and
HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC.,

Defendants-Appellants,

and

EHWA DIAMOND INDUSTRIAL CO., LTD.,

Defendant-Appellant,

and

BOSUN TOOLS GROUP CO., LTD.,

Defendant-Appellant.

Appeal from the United States Court of International Trade
in case no. 09-CV-0110, Senior Judge R. Kenton Musgrave.

ON MOTION

Before LOURIE, Circuit Judge.

## O R D E R

The appellants move to vacate the court's November 5, 2009 finding that their November 3, 2009 stay motion was moot. The appellants also request reinstatement of the temporary stay. Diamond Sawblades Manufacturers' Coalition responds and requests that the court consider sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to vacate is denied.

(2)     The request for sanctions is denied.

FOR THE COURT

NOV 0 9 2009

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Daniel B. Pickard, Esq.
Jeanne E. Davidson, Esq.
Lynn M. Fischer Fox, Esq.
Kenneth G. Weigel, Esq.
J. David Park, Esq.
Gregory S. Menegaz, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 9 2009

JAN HORBALY
CLERK

2010-1024                                          2